AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

VOLTAGE PICTURES, LLC, a California Limited Liability Company, and
DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

*Plaintiff(s)*

v.

PETER PECSOK

*Defendant(s)*

Civil Action No. 3:14-cv-1407-AC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PETER PECSOK
21194 SW LAWRENCE WAY
BEAVERTON, OREGON 97006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CROWELL LAW
CARL D. CROWELL
943 LIBERTY STREET SE
PO BOX 923
SALEM, OR 97308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: 11/07/2014

By: s/Sutawnee Sellers, Deputy Clerk

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Oregon

Case Number: 3:14-CV-1407-AC

Plaintiff:
**VOLTAGE PICTURES, LLC, a California Limited Liability Company and DALLAS BUYRES CLUB, LLC, a Texas Limited Liability Company**

vs.

Defendant:
**PETER PECSOK**

For:
Carl Crowell
Crowell Law
943 Liberty Street SE
P.O. Box 923
Salem, OR 97308

Received by MALSTROM'S PROCESS SERVING CO. on the 11th day of November, 2014 at 9:48 am to be served on **PETER PECSOK, 21194 SW LAWRENCE WAY, BEAVERTON, OR 97006**.

I, Wayne Savage, being duly sworn, depose and say that on the **13th day of November, 2014** at **3:00 pm**, I:

**PERSONALLY SERVED** the within named person(s) with a true copy of **Letter Dated November 7, 2014; Summons in a Civil Action; Complaint; Notice of Judicial Reassignment; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a) Discovery Agreement; and Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; and Civil Case Management Time Schedules at 21194 SW LAWRENCE WAY, BEAVERTON, OR 97006** by leaving the documents with **PETER PECSOK**.

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

Wayne Savage
Process Server

Subscribed and Sworn to before me on the 17th day of November, 2014 in the county of Multnomah by the affiant who is personally known to me.

NOTARY PUBLIC
of OREGON

OFFICIAL STAMP
DAVID CARL COEY
NOTARY PUBLIC - OREGON
COMMISSION NO. 929667
MY COMMISSION EXPIRES JULY 17, 2018

MALSTROM'S PROCESS SERVING CO.
P.O. Box 2031
Salem, OR 97308-2031
(503) 585-0234

Our Job Serial Number: ONE-2014004899

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

