# Crowell Law
PO Box 923
Salem, Oregon 97308
Phone: 503-581-1240

Case No: 3:14-cv-01407

**14-61624**

### Case No: 3:14-cv-01407 Voltage Pictures LLC et al v Peter Pecsok

| Type | Date | Description | Quantity |
|---|---|---|---|
| Service | 08/29/2014 | Review of data and defendant observed activities, draft complaint (0.7 apportioned) | 0.60 |
| Expense | 09/01/2014 | Reimbursable expense: Filing Fee - $400, USDC Oregon | ~~1.00~~ |
| Service | 09/01/2014 | Draft complaint and associated documents, file (0.8 apportioned) | 0.80 |
| Service | 09/02/2014 | Prepare and file motion for expedited hearing (0.6 apportioned) | 0.60 |
| Service | 09/09/2014 | Updating dockets and review of file with exhibits, preparing judges copy and subpoena for Comcast. | 0.20 |
| Service | 09/10/2014 | Review order for discovery, prepare and serve subpoena for discovery (0.3 apportioned) | 0.30 |
| Service | 09/10/2014 | Review of file and status, notes to file and client 0.2 | 0.20 |
| Service | 10/15/2014 | Review of file, draft and file motion and report to the court | 0.40 |
| Service | 10/16/2014 | Review of case with client, notes to file (apportioned) | 0.10 |
| Service | 10/18/2014 | Review of subpoena response; Research of subscriber and data; Review download record and volume of activity; cross-reference with subscriber data and identity; prepared exhibit and outline for subscriber; letter to subscriber and notes to file. | 1.70 |
| Expense | 10/20/2014 | Reimbursable expense: Comcast Subpoena fee | ~~1.00~~ |
| Service | 10/22/2014 | Review of file and status with Court; Check for subscriber data and response, notes to file | 0.20 |
| Service | 10/24/2014 | Review of file, call to subscriber; confirm no outside activity and position as defendant; notes to file and letter to subscriber outlining case options and possible resolution. | 1.00 |
| Service | 11/06/2014 | Review of file and defendant activity; Prepare and file First Amended Complaint and Summons | 1.10 |

EXHIBIT 1

| | | | |
|---|---|---|---|
| Service | 11/11/2014 | Review of file and service status, check infringement data; attempt to reach defendant; notes to file | 0.30 |
| Service | 11/17/2014 | Review of service report and file, notes to file and schedule | 0.20 |
| Service | 11/28/2014 | Confirm Service, notes to file, file executed summons | 0.30 |
| Expense | 12/17/2014 | Reimbursable expense: Summons - Service | ~~1.00~~ |
| Service | 12/18/2014 | Review of file and docket; attempt to reach defendant; notes to file; prepare, file and serve notice of default. | 0.30 |
| Service | 12/29/2014 | Review of file; letter to defendant on status and resolution; draft and file motion for default; notes to file | 0.90 |
| Service | 01/31/2015 | Review of file and status; letter to defendant on default and resolution. | 0.40 |
| Service | 02/27/2015 | Prepare and file motion for default judgment, service on defendant | 0.90 |

EXHIBIT 1